UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD TAYLOR, JR., | No. 2:23-cv-0005 AC P |
| Plaintiff, | |
| v. | ORDER |
| HO, et al., | |
| Defendants. | |

Plaintiff filed a motion for a sixty-day extension of time to complete discovery and file dispositive motions. ECF No. 31. He states that he is currently waiting for a response to his request for his medical records. Id. It is not clear why plaintiff requires additional time to complete discovery based on receiving a copy of his medical records. However, the court will grant the request in part and extend the discovery deadline by thirty days. The request to extend the dispositive deadlines motion, however, will be denied without prejudice. The current deadline is August 30, 2024, and there is no indication that plaintiff will be unable to file a motion for summary judgment by that date, should he wish to file one.

////

////

////

////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
2 (ECF No. 31) is GRANTED in part and the deadline to complete discovery, including the filing
3 of any motions to compel, is extended thirty days, up to July 8, 2024.  The motion is otherwise
4 DENIED.

DATED: May 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE