UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD TAYLOR, JR., | No. 2:23-cv-0005 AC P |
| Plaintiff, | |
| v. | ORDER |
| HO, et al., | |
| Defendants. | |

On May 23, 2024, defendant filed two motions to compel and a motion for judgement on the pleadings.  ECF Nos. 33-35.  On June 4, 2024, defendant filed a third motion to compel.  ECF No. 36.  Plaintiff has not opposed any of motions.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 8, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1