UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD TAYLOR, JR., | No. 2:23-cv-0005 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| HO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the court are plaintiff's motion for appointment of counsel (ECF No. 47) and defendants' bill of costs (ECF No. 45).

Plaintiff seeks appointment of counsel to assist him at trial.  However, this action was dismissed on October 23, 2024 (ECF No. 43) and the motion to appoint counsel will therefore be denied.

With respect to defendant's bill of costs, defendant was ordered to re-serve the bill of costs after plaintiff filed a notice of change of address (ECF No. 50), which they proceeded to do (ECF No. 51).  Plaintiff has not filed any objections to the bill of costs.  Although the order directing re-service of the bill of costs has been returned by the postal service, and both the return notice and the California Department of Corrections and Rehabilitations inmate locator website indicate that plaintiff is no longer in custody, service on a party's address of record is fully

1

effective. See L.R. 182(f).

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Defendant's bill of costs (ECF No. 45) is APPROVED and the Clerk of the Court is directed to tax costs against plaintiff in the amount of $1737.62; and

      2.  Plaintiff's motion for appointment of counsel (ECF No. 47) is DENIED.

DATED: January 10, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE